RECEIVED
2018 OCT 30 PM 1 30
U.S. ATTORNEY
MADISON, WI
DOCKET NO.
U.S. DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN
NOV 13 2018
FILED
PETER OPPENEER, CLERK

BEFORE THE
UNITED STATES DEPARTMENT OF JUSTICE

BRIAN A. BENCZKOWSKI
ASSISTANT UNITED STATES ATTORNEY
CRIMINAL DIVISION
950 PENNSYLVANIA AVE, WASHINGTON D.C. 20530-0001

AND
SCOTT C. BLADER
UNITED STATES ATTORNEY FOR THE WESTERN DISTRICT OF WISCONSIN
222 W. WASHINGTON AVE, MADISON, WISCONSIN 53703

AND
HONORABLE GLEN GROTHMAN
UNITED STATE REPRESENTATIVE
6TH CONGRESSIONAL DISTRICT FOR WISCONSIN
24 WEST PIONEER RD
FOND DU LAC, WI 54935

# CITIZENS PETITION TO REPORT FEDERAL CRIMES CONCERNING STATE AND LOCAL GOVERNMENT OFFICIALS NAMED BY CITIZENS-PRO SE PLAINTIFFS IN FEDERAL CIVIL RIGHTS LAWSUIT RELATING TO FOUR UNJUSTIFIED POLICE KILLINGS AND THE EXISTENCE OF A FASCIST MILITARIZED POLICE STATE NAMING LAW ENFORCEMENT OFFICIALS AS DEFENDANTS WHO ARE ACTING IN RETALIATION INFLICTING INJURY UPON CITIZENS BY FALSE ARREST, FALSE CRIMINAL CHARGES, THREATS TO MURDER, UNJUSTIFIED STATE COURT HARASSMENT CASES UNDER COLOR OF LAW, TO, SPECIAL GRAND JURY OR IN THE ALTERNATIVE TO GRAND JURY PURSUANT TO THE UNITED STATES CONSTUTION AND 18 U.S.C. SECTION 3332(a)

BY COLUMBIA COUNTY CITIZENS WHO ARE AGAINST PUBLIC CORRUPTION AND CITIZEN PLAINTIFFS FROM FEDERAL CASES 18CV368-jdp, AND CASE 18CV582-jdp, IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WISCONSIN

Exhibit A

TABLE OF CONTENTS


I. PRELIMINARY STATEMENT.........................................................................................

II. A GRAND JURY HAS BROAD POWERS TO INVESTIGATE FEDERAL CRIMES.....

III. CITIZENS HAVE RIGHT TO REPORT POTENTIAL AND PROVEN CRIMES INVOLVING STATE AND LOCAL GOVERNMENT OFFICIALS.....................................................

IV. THE DEPARTMENT OF JUSTICE MUST RELAY CITIZENS REPORTS OF FEDERAL CRIMES TO A GRAND JURY.........................................................................................

V. NON LAWYER COLUMBIA COUNTY CITIZENS AGAINST PUBLIC CORRUPTION COLLECTIVELY FILED TWO FEDERAL CIVIL RIGHTS LAWSUITS NAMING FORTY GOVERNMENT OFFICIALS WHO HAVE TRANSFORMED COLUMBIA COUNTY WISCONSIN INTO A MILITARIZED FASCIST POLICE STATE COMBINING THE OFFICES OF SHERIFF, POLICE CHIEF, DISTRICT ATTORNEY, CIRCUIT COURT JUDGE CONSTRUCTING A UNRESTRAINED TAX PAYER FUNDED RACKETEERING ENTERPRISE.........................................................................................................

A. Federal Law Criminalizes Deprivation of Civil Rights Under Color of Law....................
B. Federal Law Criminalizes Retaliation Against a Victim, Witness or Informant...............
C. Federal Law Criminalizes Honest Services Fraud..........................................................
D. Federal Law Criminalizes Racketeering Influenced and Corrupt Organizations..............
E. Evidence that support indictments...............................................................................
F. The Details of the Evidence.........................................................................................
G. Forensic and physical evidence....................................................................................
H. Expert analysis and opinions corroborate the forensic evidence....................................
I. Eyewitnesses and video substantiate............................................................................
J. Totality of Evidence proves..........................................................................................

VI. A GRAND JURY MAY CONSIDER ALL EVIDENCE OF ANY TYPE........................

VII. NO STATUTE OF LIMITATIONS BAR THE INVESTIGATION OR PROSECUTION OF FEDERAL CRIMES RELATED TO THIS CONSPIRACY OF CONTINUING CRIMINAL RACKETEERING ENTERPISE PREDICATE OFFENSES INCLUDING THE EXISTENCE OF A MILITARIZED POLICE STATE UNJUSTIFIED KILLING KEITH GALSTER, SHAUN BOLLIG, KELLY BISHELL, THOMAS SELJE, MICHAEL BELL AND DEPRIVATION OF CITIZENS FEDERAL RIGHTS...........................................................................

VIII. THE DEPARTMENT OF JUSTICE AND GRAND JURY HAVE THE POWER AND DUTY TO THOROUGHLY INVESTIGATE AND PROSECUTE THE FEDERAL CRIMES OF WISCONSIN ATTORNEY GENERAL BRAD SCHIMEL, ROGER BRANDNER, DANIEL GARRIGAN, WILLIAM ANDREW VOIGT, JANE KOHLWEY, KENNETH MANTHEY, ROBERT BAGNELL, MICHAEL HAVERLEY, JORDON HAUETER, LEDA WAGNER, DOUGLAS JARZYNSKI, AND OTHERS.

IX. CERTAIN PERSONS MAY POSSES MATERIAL FACTS...............................................

X. CONCLUSION AND RELIEF.........................................................................................

## TABLE OF AUTHORITIES


Arrington v U.S., 350 F. Supp. 710 (E.D. Pa 1972), aff'd 475 F. 2d 139

Brandenburg v Hayes 408 U.S. 665 (1972)

Costello v U.S. 350, U.S. 359 (1956) rehearing den, 351 U.S. 904

In re Report and Recommendations, June 5, 1972 Grand Jury Concerning the Transmission of Evidence To the House of Representatives, 370 F. Supp 1219 (D.D.C. 1974)

In re The Matter of Special 1975 Grand Jury, 565 F. 2d 407 (7th Cir 1977)

Nixon v Sirica, 487 F. 2d 700 (D.D.C. 1973)

Sargeant v. Dixon, 130 F. 3d 1067 (D.C. 1997)

Simpson v Reno, 902 F Supp 254 (D.D.C. 1995)

United States v. Bukowski 435 F. 2d 1094 (7th Cir 1970) cert denied,
401 U.S. 911 (1970)
U.S v Cecerrelli 350 F. Supp 475 (W.D. Pa 1975)
U.S v Cirami 549 F 2d 1306 (9th Cir 1977)

U.S v Cirami 510 F 2d 69 (2th Cir 1975) cert den. 421 U.S. 9646
U.S. v. Forsythe 429 F. Supp 715, 730 (W. D. Pa 1977)

U.S. v. Games 156 F. Supp 467 (S.D.N.Y. 1957) aff'd 258,
F. 2d 530 cert den'd 359 U.S. 937

United States v. Stone 249 F. 2d 138 (2nd Cir 1970)
United states v. Williams 504 U.S. 36 (1992)
Wood v. Georgia 370 U.S. 375 (1962)


## CONSTITUTION AND STATUTES


Amen. 1, U.S. Constitution................................................................................
Amen. 4, U.S. Constitution................................................................................
Amen. 5, U.S. Constitution................................................................................
Amen. 6, U.S. Constitution................................................................................
Amen. 14, U.S. Constitution................................................................................

18 U.S.C. Section 241 Conspiracy to deprive civil rights..........................................
18 U.S.C. Section 2 aiding abetting..........................................................................
18 U.S.C. Section 242 Deprivation of civil rights under color of law..........................
18 U.S.C. Section 1513 Retaliation against witness....................................................
18 U.S.C. Section 1512 Tampering with witness, victim'..........................................
18 U.S.C. Section 73 Obstruction..............................................................................
18 U.S.C. Section 1501 Assault upon civil process server..........................................
18 U.S.C. Section 1961-1968 Racketeering Influenced Corrupt Organizations Act....
18 U.S.C. Section 1346 Honest services fraud.........................................................

## I. PRELIMINARY STATEMENT

Columbia County citizens against public corruption had been complaining about unrestrained abuses and corruption primarily involving City of Portage, Portage Community Schools District and Columbia County officials to the Wisconsin Attorney General and Wisconsin Federal Bureau of Investigation without receiving any meaningful response. These citizens reviewed Wis. Stat. 968.26, which provides citizens an avenue to present a Judge with evidence of criminal conduct which is being ignored by law enforcement officials and prosecutors for review in what is commonly known as a"John Doe Petitions", seeking relief by an order conducting a full inquiry, appoint special prosecutor, or issuance of criminal charges. Of course these citizens exercised rights to conduct their own investigation at their personal expense despite over $20 million dollars of tax payer provided money goes to Columbia County and City of Portage law enforcement agencies. Several John Doe Petitions have been filed by Columbia County citizens which resulted in several inquiries and findings of "reasonable cause" by a Judge stating that government officials engaged in criminal conduct, but no criminal charges have been issued as of this date (see addendum). Some of the John Doe Petitions were secretly dismissed by the Judge under seal never providing citizens copies of any investigatory reports as mandated by statute and no citizen who signed the John Doe Petition has ever been given the opportunity to be involved in a Judicial inquiry or provide testimony to the Judge in support of issuance of criminal charges against these government officials named as Respondents (see Columbia County Case 2017JD00015, Thomas Selje murder). The root cause of this unrestrained continuing criminal racketeering enterprise of predicate offenses appears to be the existence of a Columbia County militarized Fascist Police State under the operational control of: Columbia County Sheriff elect, Detective lieutenant **ROGER BRANDNER,** Retiring Columbia County Sheriff **DENNIS RICHARDS,** Columbia County Board chair **VERN GOVE,** Columbia County Corporation Counsel **JOSEPH RUF** (III), City of Portage Police Chief **KENNETH MANTHEY,** Portage Police Detective lieutenant and elected Portage School Board official **DANIEL GARRIGAN,** City of Portage administrator **SHAWN MURPHY,** Columbia County Circuit Court Chief Judge **WILLIAM ANDREW VOIGT,** District Attorney **JANE KOHLWEY,** Attorney **MARK HAZELBAKER,** Former Portage Community Schools District administrator **CHARLES POCHES** (see addendum attachments). Wisconsin Attorney General **BRAD SCHIMEL** appears to be directly complicit in supporting the militarization of the police state violating federal rights of citizens still alive and the deceased citizens **Michael Bell, Keith Galster, Shaun Bollig, Kelly Bishell, Thomas Selje, who were killed by Police under circumstances later proven to be unjustified-falsified,** in deprivation of civil rights under color of law. (see addendum attachments).

Columbia County citizen John Doe Petitioners submit compelling evidence resulting in Judicial finding by Hon. Michael Screnock (see addendum, case 16JD0005) of reasonable cause that crimes were committed relating to:

1) Portage Police Chief Kenneth Manthey, Police officers Klaude Thompson, Robert Bagnell, claiming that Keith Galster mysteriously committed suicide while in their physical police custody with his hands handcuffed behind his back (FBI Agent Peter Freitag is supposedly conducting a civil rights investigation since 2006, see Kenneth Manthey memorandum);
2) Portage Police Robert Bagnell strangled and likely stabbed Keith Wall in the head during a forced blood draw (2013) while Mr. Wall was fully restrained in a restraint chair;
3) Columbia County Sheriff Deputy Douglas Jarzynski and Leda Wagner gave statements to justify entering a residence and shooting to death Kelly Bishell which are in conflict with the crime scene physical evidence report submitted by the State Crime lab, their claim of being shot by Kelly Bishell as described by District Attorney Jane Kohlwey is disputed and a proven lie by another Deputy and the supposedly bullet entry on the uniforms is obviously a tear.
4) Columbia County Sheriff Deputy Haueter gave two conflicting false narratives to justify killing Thomas Selje. Citizens presented a John Doe Petition which unequivocally proves Deputy Jordan Haueter lied claiming Thomas Selje had shot a pistol at him four times as justification to kill Mr Selje by shooting him in the head with a military assault rifle from a sniper position 300 feet away. Citizens simply read the investigatory reports submitted by Wisconsin Attorney General Brad Schimel. Instead of charging and prosecuting Deputy Haueter and the others as party to the crime of intentional homicide for their role in the "Kohlwey-cover up", Deputy Haueter receives medals for bravery from the Columbia County Board of Supervisors.
5) Another citizens John Doe Petition proves Deputy Michael Haverley lied giving two different stories claiming Shaun Bollig had first charged at him with a rifle. Then claimed Mr Bollig shot a pistol at him as justification for Deputy Haverley to kill Mr Bollig by shooting him about eleven times with a military assault rifle as Shaun Bollig stood in his own backyard. Citizens simply read the investigatory reports submitted by Wisconsin Attorney General. Instead of charging and prosecuting Deputy Haverley and the others as party to the crime of intentional homicide for their role in the "Kohlwey-cover up", Deputy Haverley receives a promotion for his supposed bravery which is described as a heroic gun battle contrary to the material facts.
6) On about December 17, 2017, a Portage Community Schools Multi Jurisdictional Three County Drug Task force under the Command of Portage Police Detective lieutenant Daniel Garrign and Charles Poches launched a Militarized Police Assault without a search warrant and

without reasonable cause to search two Portage Community Schools buildings, vehicles and detained over 800 children in police custody. This event is so outrageous some citizens and one adult student decided to collectively file a pro se class action civil rights lawsuit pursuant to title 42 USC Section 1983.

7) Several Columbia County citizens collectively acted as their own Attorneys pro se and filed a federal cause of action under 42 USC Sections 1981, 1983, 1985, 1986, naming all of those governmental officials acting under color of law depriving citizens of their federal rights as Defendants in the United States District Court for the Western District of Wisconsin, Case 18-cv-368 and Case 18cv582 before Chief Judge Hon. James Peterson.

8) These government officials now federal lawsuit Defendants retaliated by acting under color of law hiring Attorney **Mark Hazelbaker** who then conspired with the Defendants to commit federal offenses against the citizen Plaintiffs and their process servers acting under color of state law. Acting intentionally, in retaliation for filing the federal lawsuit and filing citizens John Doe Petitions under Wisconsin Stat. 968.26, these government official Defendants conspired with Mark Hazelbaker for using the Harassment restraining order and injunction Wis. Stat. 813.125 as a weapon claiming they [government officials] supposedly became so afraid and fearful of being served with federal lawsuit summons and complaint piece of paper they must carry more firearms off duty implying a justification to shoot the citizen federal lawsuit Plaintiffs and any process server.

9) Attorney Mark Hazelbaker starting about June 14, 2018, filed three (3) harassment cases under stat. 813.125 against citizen Michael O'Grady ( Sheriff Deputy Benjamin Oetzman v Michael O'Grady; Portage Community Schools and staff v Michael O'Grady; City of Portage and staff v Michael O'Grady). Then filed a fourth (4th) Harassment restraining order and injunction under stat. 813.125 which criminalizes citizens exercising federal rights to litigate their federal lawsuit in case: Columbia County and staff, Columbia County Sheriff office and staff, v. Michael O'Grady, John Gruber, Rebecca Kowald, Robert Zeier, JoAnn Winter, David Thom, Crystal Thom, William CadWallader, Jerry Simonson, Raymond Boyle, Robert Wentworth.

10) During the course of **Michael O'Grady** appearing in Columbia County Circuit Court acting pro se, exercising Wisconsin Constitutional Right, Section 21(2) Rights as a Suitor, to present a defense against the Harassment claims made under stat. 813.125, and attempting to present a defense in the three other pending harassment cases, and attempting to respond in accordance with the Federal Court's scheduling order in the federal civil rights case, Michael O'Grady was arrested and held in the Columbia County Jail without bond alleging felony violation for

issuance of a subpoena to compel the appearance of a witness in court to present evidence critical to his defense claiming citizens have no rights to exercise discovery rights which are not genuine. Wisconsin Attorney General **Brad Schimel** is the prosecuting attorney charging Michael O'Grady with at least nine (9) felony allegations relating to exercising rights as a citizen under Wis. Stat. 968.26 and federal civil rights related to reporting evidence of government officials engaging in acts constituting public corruption (see addendum).

11) During the course of citizens acting pro se exercising Wisconsin Constitutional Right, Section 21(2) Rights as a Suitor, to litigate their claims pending in the United States District Court, and prepare to present a defense in the other pending harassment cases, the civil process server **Jerry Simonson** was assaulted by false arrest and held in the Columbia County Jail without bond alleging a non criminal trespass for serving a federal lawsuit summons and complaint upon Defendant Leda Wagner supposedly was a crime. Civil process server Jerry Simonson reports that he was arrested on July 29, 2018, while serving summons and complaint when Columbia County Sheriff Deputy Todd Wagner surprised him while armed and displayed a firearm causing fear that Mr Simonson thought he was about to be shot by Todd Wagner constituting assault and obstruction of federal Courts authority. Mr Simonson did serve Leda Wagner by her husband Todd Wagner while at the residence/abode. Wisconsin Dells Police arrived, transported Mr Simonson to be held in Columbia County Jail without any criminal charges. On about August 1, 2018, Jerry Simonson while being held in Jail was brought to an interrogation room and was introduced to Wisconsin Department of Justice Division of Criminal Investigation Special Agents **John Twing and Lourdes Fernandez** having been sent by **Wisconsin Attorney General Brad Schimel** apparently criminally investigating all of the citizens who are Plaintiffs in the two federal lawsuits against the government officials involved in the proven unjustified Police killings, militarized police Drug Task force search of 800 children at Portage Schools and the existence of the Columbia County Militarized Fascist Police State. The offer was that if **Jerry Simonson** waived his Miranda rights and answered questions he would be released from Columbia County Jail.

Pursuant to federal law, including the First Amendment to the United States Constitution and 18 U.S.C. Section 3332(a), the citizens of Columbia County and the State of Wisconsin and the additional signatories who are victims of continuing unrestrained criminal conduct by government officials acting under color of law and Plaintiffs in current federal civil rights lawsuits, hereby petition the United States Attorney for the Western District of Wisconsin and the United States Department of Justice

(DOJ) to present the facts and evidence stated herein and attached hereto to a special federal grand jury or, in the alternative that presentation to a special grand jury is not feasible, to a federal grand jury. The facts and evidence presented here and in the accompanying exhibits concern federal crimes committed within the Western District for Wisconsin starting about October 22, 2004 with the Portage Police killing Mr Keith Galster, Columbia County Sheriff Deputy Michael Haverley killing Shaun Bollig on June 27, 2010, Columbia County Sheriff Deputy's Douglas Jarzynski and Leda Wagner killing Kelly Bishell on November 14, 2010, Columbia County Sheriff Deputy Jordan Haueter killing Thomas Selje on about August 17, 2017, and arbitrary arrests on July 29, 2018 of federal lawsuit civil process server Jerry Simonson and false arrest of federal lawsuit Plaintiff Michael O'Grady on August 16, 2018 continuing unrestrained criminal acts upon citizens constituting violations of 18 U.S.C Sections 1961-1968 Racketeering Influence Corrupt Organizations Act by government officials as of this date.
This Petition is presented to the United States Department of Justice (DOJ) because the existing Columbia County Fascist Militarized Police State is supported by Wisconsin Attorney General Brad Schimel as a political favor for exercising governmental police powers and the resources of the State against a handful of common citizens depriving citizens of equal protection and benefit of law providing local law enforcement protection which leaves United States government intervention the only available avenue capable to fully investigate to the fullest, and that every person who is responsible for perpetrating federal crimes will face justice. The DOJ has a duty to present the information contained in this Petition to a special grand jury pursuant to federal statute. A special grand jury or, in the alternative, a grand jury, once convened, has the power and duty to investigate the facts and evidence presented herein, wherever the evidence may lead.

## II. A GRAND JURY HAS BROAD POWERS TO INVESTIGATE FEDERAL CRIMES

Both a grand jury and special grand jury in the Western District of Wisconsin and other jurisdictions have broad powers to investigate any federal crime committed by anyone, including the Columbia County unjustified Police killings of Keith Galster, Shaun Bollig, Kelly Bishell, Thomas Selje and the false arrest and prosecution of Michael O'Grady and false arrest and interrogation of Jerry Simonson and the open attack on the citizens who are Plaintiffs in two federal civil rights cases by Wisconsin Attorney General Brad Schimel and his political supporters including law firms Stafford Rosenbaum LLP and Axley Brynelson LLP, representing the federal lawsuit Defendants. According to federal law, it is the "duty", of the special grand jury to "inquire into the offenses" that violate the "criminal laws of the United States"(see 18 USC sec 3332). If any crime in Wisconsin ever warranted a full special grand jury inquiry, the complete transformation of Columbia County into a Militarized

criminal racketeering enterprise Fascist Police State and the blatant obstructing federal court litigation, this allegation does. These deprivation of rights under color of law under the apparent operational control of **Roger Brandner, and Kenneth Manthey** related to unjustified Police killings, honest service fraud, false and arbitrary arrest, false criminal prosecution, income tax evasion, federal witness intimidation, is protected under a practice of **Attorney General Brad Schimel** allowing for the complete deprivation of all federal rights under color of law, to increase his apparent practice expanding militarized police power evidenced through intentional construction of a "state created danger" allowing for unrestrained public corruption causing danger for any citizen acting pro se who attempts to file a federal civil rights lawsuit against these abuses by government officials. It is well established by the court and our federal law that both a grand jury and special grand jury have the power to return and present an indictment for signature and prosecution by the United States Attorney (See, U.S. v. Cerrelli, 350 F. Supp. 475 (W.D. Pa 1975), see also U.S. Cod and Adm news p.4007; U.S. v. Forsythe, 429 F. Supp. 715W.D. Pa 1975). Indeed, the United States Supreme Court has decided that the investigative power of the grand jury is necessarily broad if its public responsibility is adequately to be discharged (see Branzburg v Hayes, 408 U.S. 665, 700 (1972)(citing Costello v United States, 350 U.S. 359, 364 (1956). Historically, the special grand jury, which initially was primarily focused on organized crime issues, has been viewed, by some courts at least, as having a broader power to investigate government misconduct that might not rise to the level of a felony and issue public reports on its findings, but some courts consider the regular grand jury to have virtually equal investigative powers. In order to achieve its mandate, a grand jury necessarily holds broad power of inquiry into any conduct possibly violating federal criminal laws (In the Matter of Special 1975 Grand Jury, 565 F. 2d 407, 411 (7th Cir. 1977) citing United States v. Bukowski, 435 F 2d 1094, 1103 (7th Cir. 1970), cert. Denied, 401 U.S. 911(1970). A grand jury holds "broad powers" over the charges it returns (In re Report and Recommendations of June 5, 1972 Grand Jury Concerning Transmission of Evidence to the House of Representatives, 370 F. Supp.1219, 1222 (D.D.C. 1974). The investigation of crime by the grand jury is "fundamental" to secure the safety of persons and property of all citizens (see Branzburg v Hayes, 408 U.S. At 700). In the context of Columbia County government officials criminalizing citizens exercising federal rights and equal protection under the law related to exposing and attempting to restrain the unrestrained activities of Columbia County officials and Wisconsin Attorney General **Brad Schimel's** law enforcement operating as a criminal racketeering enterprise murdering and arbitrarily arresting citizens, an investigation by a grand jury is not only fundamental, it is paramount. Columbia County Sheriff elect **Roger Brandner** is completely unrestrained. The role of a grand jury is to determine "whether a crime has been committed and who committed it" ( Branzburg v Hayes, 408

U.S. At 700). Wisconsin Circuit Court Judge **Michael Screnock** has already issued a decision and finding that crimes were committed in the Police killings of **Keith Galster, Kelly Bishell** and attack on Keith Wall (see case 2016JD00005), but no state prosecutor will issue charges apparently out of fear not to offend the all powerful and only very rich union, the Wisconsin Professional Police Association and the support of various Sheriff's political associations. A grand jury serves society's interests the best when it conducts a "thorough and extensive investigation." (see Branzburg v Hayes, 408 U.S. At 700). According to the United States Supreme Court: "a grand jury investigation is not fully carried out until every available clue has been run down and all witnesses examined in every proper way to find if a crime has been committed" (see Branzburg v Hayes, 408 U.S. At 700). Furthermore, a grand jury's investigation may arise from almost any evidence and "may be triggered by tips, rumors, evidence offered by the prosecutor, or the personal knowledge of the grand jurors". ( see Branzburg v Hayes, 408 U.S. At 700). The evidence in this Petition goes well beyond rumor and innuendo. It includes a State Court findings of "reasonable cause" that state crimes of Police killings [ First degree intentional homicide] and attempted killings of Keith Galster, Kelly Bishell and Keith Wall which serves as evidence for indictments of federal criminal violations of 18 U.S.C Section 241 and 242, Deprivation of civil rights under color of law involving death which has no statute of limitation and is punishable up to life in prison or death. Included are crime scene reports, investigative reports, video coverage, court transcripts proving perjury by several government officials, forensic reports, eye witnesses, federal court pleadings, all establishing federal crimes have been committed.

Additionally, a grand jury "may act independent of any branch of government" ( see In re Report and Recommendations of June 5, 1972 Grand Jury Concerning Transmission of Evidence to the House of Representatives, 370 F supp 1219, 1219, 1222 (D.D.C. 1974). A special grand jury may pursue an investigation on its own without the consent or participation of a prosecutor ( see In re Report and Recommendations of June 5, 1972 Grand Jury Concerning Transmission of Evidence to the House of Representatives, 370 F supp 1219, 1219, 1222 (D.D.C. 1974). Furthermore, the grand jury may insist that the prosecutor prepare whatever accusations it deems appropriate and may return a draft indictment even though the government refuses to sign it. See, In re Report and Recommendations of June 5, 1972 Grand Jury Concerning Transmission of Evidence to the House of Representatives, 370 F supp 1219, 1219, 1222 (D.D.C. 1974).

## III. CITIZENS HAVE RIGHT TO REPORT POTENTIAL AND PROVEN CRIMES INVOLVING STATE AND LOCAL GOVERNMENT OFFICIALS

Allegations of crimes or alleged offenses are usually brought to the attention of the grand jury by a court or by a federal prosecutor"appearing on behalf of the United States for the presentation of

evidence" pursuant to federal statutory procedure. Citizens acting collectively as pro se federal lawsuit Plaintiffs Robert Wentworth, David Thom, Crystal Thom, Raymond Boyle, Michael O'Grady, William CadWallader, did file a motion in federal lawsuit case 18cv368-jdp requesting United States District Court Chief Judge, Hon. J. Peterson to refer evidence to the U.S. Attorney for review demonstrating the government officials who are Defendants had retaliated by threatening to shoot citizens, filing harassment restraining orders in state court under claim they cannot be sued in federal court, and eventually arresting process servers and citizens holding them in Columbia County Jail without bond. Unfortunately the motion was denied with instructions to inform the U.S. Attorney separately which is the purpose of this Petition. However, citizens also have the right to petition their government for redress of grievances under the First Amendment of the United States Constitution. This right encompasses the right to make a request to appear before a special grand jury or a grand jury and to report potential crimes via testimony directly to either, with the qualification that, pursuant to federal statute, a citizen may not attempt to influence the actions or decisions of any grand jury. Citizens have the right as well to report information to a United states Attorney and have this information relayed to a special grand jury. The federal crimes and murders reported in this Petition are no exception. It appears citizens have very little or no protection as federal litigants from unrestrained unjustified use of force under color of law by these Columbia County government officials done admittedly in retaliation for exercising rights filing a federal civil rights lawsuit against them.

## IV. THE DEPARTMENT OF JUSTICE MUST RELAY CITIZENS REPORTS OF FEDERAL CRIMES TO A GRAND JURY

A federal statute (18 U.S.C. Section 3332(a) requires any attorney appearing on behalf of the United States-whether a U.S. Attorney, Assistant U.S. Attorney, or a specially appointed federal prosecutor-who receives information concerning an alleged federal crime from any person, if requested by that person, to inform a special grand jury of: a) the alleged crime or offense; b) the identity of the person reporting the information; c) the prosecutors action or recommendation. According to the federal courts, including the Western District for Wisconsin, this law "creates a duty on the part of the United States Attorney," and "removes the prosecutor's discretion in deciding whether to present information to the grand jury" (In re Grand Jury Application, 617 F. Supp. 199, 201, 206 (S.D.N.Y. 1985); Simpson v Reno, 902F. Supp. 254, 257 (D.D.C. 1995); Sargeant v. Dixon, 130 F. 3d 1067, 1070 (D.C. Cir 1997). The Department of Justice acting through the U.S. Attorney must pursuant to federal statute, present the information in this Petition to a special grand jury. The DOJ's duty to do so is a mandatory one by statute. But even if it were not mandatory, the scope, magnitude and import of crimes by government officials constructing a Columbia County Militarized Fascist Police State perpetrating federal crimes

blatantly with involvement of some local Judges justify this information being presented to a special grand jury forthwith. No U.S. Attorney should ignore information or evidence shedding light on the murder of citizens by Police all called "suicides by cop" and Wisconsin Attorney General Brad Schimel arresting and prosecuting citizens who petition the courts seeking a remedy for a wrong. If ever there was a case for a U.S. Attorney to present to a grand jury, it is this one, where much is at stake, and where anyone who had involvement in these murders and arbitrary arrests, searches, seizures, robberies, and racketeering should be held fully accountable.

## V. NON LAWYER COLUMBIA COUNTY CITIZENS AGAINST PUBLIC CORRUPTION COLLECTIVELY FILED TWO FEDERAL CIVIL RIGHTS LAWSUITS NAMING FORTY GOVERNMENT OFFICIALS WHO HAVE TRANSFORMED COLUMBIA COUNTY WISCONSIN INTO A MILITARIZED FASCIST POLICE STATE COMBINING THE OFFICES OF SHERIFF, POLICE CHIEF, DISTRICT ATTORNEY, CIRCUIT COURT JUDGE CONSTRUCTING A UNRESTRAINED TAX PAYER FUNDED RACKETEERING ENTERPRISE

The Columbia County citizens who are against public corruption hereby reports and provides information regarding the transformation of Columbia County into a militarized Police State related to violations of citizens rights under color of law by government officials perpetrating violation of federal criminal statutes listed below, and the related crimes of aiding and abetting, being an accessory to, and conspiring to commit a violation of these criminal statutes. The crimes reported here involve the Police killing of citizens under color of law without justification, intentionally inflicting injury against a federal witness, assault upon a civil process server, deprivation of civil rights under color of law, racketeering by operating a criminal enterprise, income tax evasion, honest services fraud, perjury, defrauding the United States, murder, conspiracy.

**A. Federal law criminalizes Conspiracy Against Civil Rights and Deprivation of Rights Under Color of Law; where death results there is No Period of Limitations For investigation and Prosecution.**

<u>18 U.S.C. Section 241 Conspiracy Against Civil Rights</u>

**ITLE 18, U.S.C., SECTION 241**

> If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, Commonwealth, Possession, or District in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States, or because of his having so exercised the same;...
> They shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an attempt to kill, they shall be fined under this

title or imprisoned for any term of years or for life, or both, or may be sentenced to death.

18 U.S.C. Section 242 Deprivation of Rights under Color of Law

**TITLE 18, U.S.C., SECTION 242**

*Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, ... shall be fined under this title or imprisoned not more than one year, or both; and if bodily injury results from the acts committed in violation of this section or if such acts include the use, attempted use, or threatened use of a dangerous weapon, explosives, or fire, shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnaping or an attempt to kidnap, aggravated sexual abuse, or an attempt to commit aggravated sexual abuse, or an attempt to kill, shall be fined under this title, or imprisoned for any term of years or for life, or both, or may be sentenced to death.*

**Keith Galster did not commit suicide but was likely intentionally killed by Portage Police officers under a "Kohlwey cover up".**

The evidence presented in this Petition supports the conclusion that about **October 22, 2004,** City of Portage **Police officers Klaude Thompson and Sergeant Robert Bagnell** falsely arrested **Keith Galster** under a pretext to execute a search warrant for Keith Galster's home searching for cash and marijuana in furtherance of a conspiracy acting under color of law pursuant to a common practice to pocket cash, drugs, theft of firearms from alleged marijuana dealers. After handcuffing Keith Galster's hands behind his back and taking Mr. Galster from his front yard back into his home bedroom, an expert witness investigative analysis reports gives an opinion the Sgt **Robert Bagnell** took possession of a firearm he knew was in the bedroom and shot Mr Galster in the head killing him. Sgt Bagnell then immediately responded to a question from Columbia County Sheriff Deputy Todd Wagner by saying "I don't know what happened". City of Portage **Police Chief Kenneth Manthey** entered the bedroom and announced that Keith Galster committed suicide. A Forensic expert investigative analysis report issued a finding that it was scientifically impossible for Keith Galster to have shot himself in the head as claimed by Police Chief Kenneth Manthey, Sgt Robert Bagnell, Klaude Thompson and District Attorney Jane Kohlwey.

**Shaun Bollig did not commit suicide by cop but was likely intentionally killed by Columbia County Sheriff Deputy's under a "Kohlwey cover up".**

The evidence presented in this Petition supports the conclusion that about **June 27, 2010,** Columbia County Sheriff Deputy **Michael Haverley** had taken up a perimeter position on a road adjacent to the Bollig family residence after a Bollig family member had requested law enforcement assistance reporting that **Shaun Bollig** had made suicidal comments and fired a handgun in the air. Upon arrival at the scene, Sheriff Deputy noted Shaun Bollig was concealed somewhere on the property during these hours of darkness in a rural area with several trees and directed responding law enforcement officials establish a perimeter of the Bollig fenced in property line. During this time Deputy **Michael Haverley** is heard yelling "show me your hand" then several gunshots, yelling show me your hands, then several more gunshot. Deputy **Haverley admitted that he killed Shaun Bollig** shooting him about eleven (11) times with a military assault rifle then provided two conflicting narratives as justification to kill **Shaun Bollig.** The first story, Deputy **Haverley** told his supervisor, Sheriff Deputy Detective Sergeant **Daniel Garrigan** that **Shaun Bollig** was holding a assault rifle with both hands pointing it directly at him charging him so because he was in fear killed Mr Bollig in self defense (see sworn affidavit by **Daniel Garrigan** used to obtain a search warrant for the Bollig residence and property). The second story, Deputy **Haverley** told Wisconsin Division of Criminal Investigation Special Agents that **Shaun Bollig** was pointing a handgun at him and thinks may have fired a shot at him and the exact same time that Deputy **Haverley** claims he killed **Shaun Bollig** in self defense. The crime scene investigative reports and photographs suggest the scene was obviously tampered with and staged, most likely by or under the authority of Detective Sergeant **Daniel Garrigan** demonstrating the placement of a military style rifle owned by Shaun Bollig placed at the scene along with a handgun also placed at the scene near the spot where **Shaun Bollig** was killed. Later, a photograph was included of a supposedly empty shell casing in the crime scene report likely to support the second narrative claimed by **Haverley** along with an error in the transcript of selected portions of the audio recording suggests a single gunshot is heard purportedly fired by Mr Bollig which simply false if a reasonable person reviews the entire recording. The law enforcement dash-cam video and audio recording establishes evidence that Deputy **Haverley** observed **Shaun Bollig** apparently just standing in his own backyard (unarmed) and Deputy **Haverley** knew that Mr Bollig was unarmed because he was yelling "show me your hands". It is a well known common practice for law enforcement officials

drilled into their training response system that if they see a weapon in the possession of a person who they fear is a threat to them the law enforcement official yells **"drop the gun".** Deputy **Haverley** never yells "drop the gun" at any time on the audio recording from his law enforcement in vehicle recording system. The only reasonable conclusion is that either Shaun Bollig raised his hands showing he was not armed and was killed by Deputy Haverley or failed to raise his hands was was killed by Deputy Haverley. Columbia County Coroner **Angela Hinze** issued a official finding stating the cause of death for **Shaun Bollig as "suicide".**

**Kelly Bishell did not commit suicide by cop but was likely intentionally killed by Columbia County Sheriff Deputy's under a "Kohlwey cover up".**

The evidence presented in this Petition supports the conclusion that about **November 14, 2010**, Columbia County Sheriff Deputy's **Douglas Jarzynski and Leda Wagner** unlawfully entered the residence of William Cadwallader under a false pretext to conduct a welfare check on **Kelly Bishell.** After making contact with Mr Bishell he ordered all four of the Columbia County Sheriff Deputy's to leave the house, Sheriff Deputy Lieutenant **Jarzynski** is captured on a recording refusing to leave, then claims Mr Bishell has a firearm when **Jarzynski and Leda Wagner** killed **Kelly Bishell** shooting him several times. Sheriff Detective Lieutenant **Roger Brandner** arrived and took charge of the crime scene. City of Portage Police Chief **Kenneth Manthey** is observed arriving and entering the crime scene as recorded on a dash-cam video recording. Citizens conducted an investigation comparing crime scene forensic reports, photographs and witness statements against the official law enforcement reports provided by **Jarzynski and Wagner** proving the claims made by Jarzynski and Wagner as justification to kill Mr Bishell were scientifically impossible supporting a conclusion Kelly Bishell was intentionally murdered and **Roger Brandner and Kenneth Manthey tampered with or staged the crime scene to fit the narrative.**

**Thomas Selje did not commit suicide by cop but was likely intentionally killed by Columbia County Sheriff Deputy's under a "Kohlwey cover up".**

The evidence presented in this Petition supports the conclusion that about **August 17 2017,** Columbia County Sheriff Deputy **Jordan Haueter** lied when made about four claims that **Thomas Selje** had shot at him with a firearm as justification to kill **Thomas Selje** from about 300 feet away laying in a sniper position as Mr Selje was going to enter his residence. The situation involved Mrs Selje calling 911 reporting a domestic dispute involving Thomas Selje making threats and he was armed with a handgun. Mrs Selje remained on the recorded

911 telephone line during the entire incident which provides a record as grounds to prosecute Deputy **Jordan Haueter** for killing **Thomas Selje** without justification under color of law. Columbia County Sheriff Detective lieutenant **Roger Brandner** arrived on the scene at the time of the killing, searched the Selje home, examined the handgun that was used by **Thomas Selje,** issued orders to subordinates exercising authority in complete charge of the investigation and crime scene evidence collection. Forensic investigative report established that only two (2) empty bullet casing in the otherwise fully loaded revolver pistol were found in the handgun used and in the possession of **Thomas Selje** at the time he was killed. The emergency voice recording prove by Mrs Selje reporting to 911 Dispatcher operator as events were occurring that **Thomas Selje** only pointed his pistol at Mrs Selje, then raised the pistol straight up into the air, and fired a shot up into the sky on two separate occasions. The Columbia County law enforcement Dispatch communication recording system then records Deputy **Jordon Haueter** falsely reporting "shots fired at me", "shots fired", "shots fired in my direction". Deputy **Haueter** eventually gave two (2) conflicting false narrative as justification to kill **Thomas Selje.** Lieutenant **Roger Brandner** personally interviewed Deputy **Haueter** after the killing, is believed to have recorded the conversation with Sgt Matthew Menard present as a union representative for Deputy Haueter, knew of the unresolved conflicts between the evidence and the lie suggesting murder but did nothing to present the truth.

**Portage School Board official and City of Portage Police Detective Lieutenant Daniel Garrigan testified under oath the he was in Command of the Portage Community Schools Multi Three County Drug Task Force search of two Portage School buildings described as a Militarized Police assault upon about 800 students searching for supposedly marijuana was without reasonable cause and without a search warrant lasting for hours and finding no children possessing marijuana.**

This militarized police assault involving law enforcement officials and K-9 dogs From City of Portage Police, Columbia County Sheriff, Marquette County Sheriff, Lodi Police Department and others transformed the Portage High School into a prison for over 800 children which selectively targeted children of color for additional/targeted custodial interrogation after they were searched and found not to possess anything illegal. This is contrary to **18 USC Section 241 and section 242.** (see attached federal lawsuit complaints)

**<u>18 U.S.C Section 1961-1968 Racketeering Influenced Corrupt Organization Act</u>**

(1) "racketeering activity" means (A) any act or threat involving murder, kidnapping, gambling, arson,

robbery, bribery, extortion, dealing in obscene matter, or dealing in a controlled substance or listed chemical (as defined in section 102 of the Controlled Substances Act), which is chargeable under State law and punishable by imprisonment for more than one year; (B) any act which is indictable under any of the following provisions of title 18, United States Code: Section 201 (relating to bribery), section 224 (relating to sports bribery), sections 471, 472, and 473 (relating to counterfeiting), section 659 (relating to theft from interstate shipment) if the act indictable under section 659 is felonious, section 664 (relating to embezzlement from pension and welfare funds), sections 891–894 (relating to extortionate credit transactions), section 1028 (relating to fraud and related activity in connection with identification documents), section 1029 (relating to fraud and related activity in connection with access devices), section 1084 (relating to the transmission of gambling information), section 1341 (relating to mail fraud), section 1343 (relating to wire fraud), section 1344 (relating to financial institution fraud), section 1351 (relating to fraud in foreign labor contracting), section 1425 (relating to the procurement of citizenship or nationalization unlawfully), section 1426 (relating to the reproduction of naturalization or citizenship papers), section 1427 (relating to the sale of naturalization or citizenship papers), sections 1461–1465 (relating to obscene matter), section 1503 (relating to obstruction of justice), section 1510 (relating to obstruction of criminal investigations), section 1511 (relating to the obstruction of State or local law enforcement), section 1512 (relating to tampering with a witness, victim, or an informant), section 1513 (relating to retaliating against a witness, victim, or an informant), section 1542 (relating to false statement in application and use of passport), section 1543 (relating to forgery or false use of passport), section 1544 (relating to misuse of passport), section 1546 (relating to fraud and misuse of visas, permits, and other documents), sections 1581–1592 (relating to peonage, slavery, and trafficking in persons).,[1] sections 1831 and 1832 (relating to economic espionage and theft of trade secrets), section 1951 (relating to interference with commerce, robbery, or extortion), section 1952 (relating to racketeering), section 1953 (relating to interstate transportation of wagering paraphernalia), section 1954 (relating to unlawful welfare fund payments), section 1955 (relating to the prohibition of illegal gambling businesses), section 1956 (relating to the laundering of monetary instruments), section 1957 (relating to engaging in monetary transactions in property derived from specified unlawful activity), section 1958 (relating to use of interstate commerce facilities in the commission of murder-for-hire), section 1960 (relating to illegal money transmitters), sections 2251, 2251A, 2252, and 2260 (relating to sexual exploitation of children), sections 2312 and 2313 (relating to interstate transportation of stolen motor vehicles), sections 2314 and 2315 (relating to interstate transportation of stolen property), section 2318 (relating to trafficking in counterfeit labels for phonorecords, computer programs or computer program documentation or packaging and copies of motion pictures or other audiovisual works), section 2319 (relating to criminal infringement of a copyright), section 2319A (relating to unauthorized fixation of and trafficking in sound recordings and music videos of live musical performances), section 2320 (relating to trafficking in goods or services bearing counterfeit marks), section 2321 (relating to trafficking in certain motor vehicles or motor vehicle parts), sections 2341–2346 (relating to trafficking in contraband cigarettes), sections 2421–24 (relating to white slave traffic), sections 175–178

(relating to biological weapons), sections 229–229F (relating to chemical weapons), section 831 (relating to nuclear materials), (C) any act which is indictable under title 29, United States Code, section 186 (dealing with restrictions on payments and loans to labor organizations) or section 501(c) (relating to embezzlement from union funds), (D) any offense involving fraud connected with a case under title 11 (except a case under section 157 of this title), fraud in the sale of securities, or the felonious manufacture, importation, receiving, concealment, buying, selling, or otherwise dealing in a controlled substance or listed chemical (as defined in section 102 of the Controlled Substances Act), punishable under any law of the United States, (E) any act which is indictable under the Currency and Foreign Transactions Reporting Act, (F) any act which is indictable under the Immigration and Nationality Act, section 274 (relating to bringing in and harboring certain aliens), section 277 (relating to aiding or assisting certain aliens to enter the United States), or section 278 (relating to importation of alien for immoral purpose) if the act indictable under such section of such Act was committed for the purpose of financial gain, or (G) any act that is indictable under any provision listed in section 2332b(g)(5)(B);

The evidence in the Petition supports a conclusion that Columbia County is under the control of a fascist group of government officials constituting a militarized Police State violating citizens federal rights.

**B. Federal Law Criminalizes Retaliation Against a Victim, Witness or Informant**

**18 U.S.C. Section 1512** Tampering with a witness, victim, or an informant, and
**18 U.S.C. Section 1513** Retaliating against a witness, victim, or an informant, are federal offenses which apply to this Petition on the following grounds:

Citizens David Thom, Crystal Thom, Robert Wentworth, Michael O'Grady, Raymond Boyle, William Cadwallader filed a federal civil rights cause of action lawsuit under 42 USC Section 1983 on about May 2018 naming forty law enforcement and other public officials providing factually supported allegations which included these defendants were operating a Columbia County Militarized Fascist Police State under a white supremacy ideology (federal case 18c368, complaint attached). These government officials retaliated quickly acting under color of law using their police powers while heavily armed to intimidate and threaten citizen plaintiffs and process servers not to try to serve them (affidavits filed in federal case 18c368). After civil process servers located and served the federal lawsuit summons and complaint on some officials, these officials retaliated which included a plan hiring the Kasieta Legal Group attorney **Mark Hazelbaker** pursuant to a conspiracy to file state court Harassment Temporary Restraining Orders and Injunction hearing action under Wis. Stat. **813.125** as a weapon against citizen Plaintiffs intentionally to obstruct federal lawsuit litigation and construct a pretext to arrest and prosecute citizens who are federal lawsuit plaintiffs, or John Doe petitioners reporting public officials criminal activity, or civil process servers (attached Columbia County circuit court cases 18cv00181, 18cv00201, 18cv00203, 18cv00230). Citizen Michael O'Grady was first

targeted by having been named in four (4) Harassment state court cases by these government officials filed by attorney Mark Hazelbaker. Next, civil process server **Jerry Simonson** was arrested by lawsuit defendant Sheriff Deputy Todd Wagner on July 29, 2018 without probable cause and held in the Columbia County Jail without bond (see Columbia County Jail records and recorded interrogation by Wisconsin Division of Criminal Investigation Special Agents John Twing and Lourdes Fernandez). Apparently, Columbia County Sheriff Dennis Richards, Deputy Roger Brandner, Portage Police Chief Kenneth Manthey and others had a meeting of the minds with **Wisconsin Attorney General Brad Schimel** to construct a pretext to use state resources from the Wisconsin Department of Justice to arrest and prosecute citizens and obstruct the citizens from pursuing their federal lawsuits against the named Defendant government officials in exchange for public political endorsement in support of **Brad Schimel's** re-election campaign to remain Wisconsin Attorney General. Then **Michael O'Grady** was arrested and charged without probable cause (see Columbia County Circuit Court case 18CF00419) next, while he was simultaneously attempting to present a defense in all of the state court harassment allegations filed by attorney **Mark Hazelbaker** supposedly arising from judicial proceedings against these officials despite O'Grady being held in Columbia County Jail without bond until the morning of a two day scheduled trial on August 21, 2018. Visiting Judge Michael Screnock ordered citizen O'Grady's release on a signature bond allowing him to appear in court pro se to present a defense to the harassment allegation made by the government officials in City of Portage and staff v Michael O'Grady. The next Attorney Hazelbaker Harassment Petition brought against these citizen federal lawsuit Plaintiffs was held on October 18, 2018 (see Columbia County and staff, Columbia County Sheriff Department and staff, including Mark Hazelbaer, Judge Charles Church (et,al petitioners) v Michael O'Grady, John Gruber, Crystal Thom, David Thom, Rebecca Kowald, Robert Wentworth, Raymond Boyle, William Cadwallader, Columbia County case 18cv00230). Visiting Dane County Judge Rhonda Lanford presided over this case and granted the Harassment injunction petition relief requested by Mark Hazelbaker for himself as a petitioner who brought the petition while being paid by tax payers and at the same time as supposedly as attorney representing Sheriff Richards, supposedly the entire Columbia County and Sheriff Department staff, Court Commissioner Charles Church, against the citizens who are federal lawsuit Plaintiffs (O'Grady, Thom, Boyle, Gruber, Kowald, Wentworth, Winter, Zeier) and process server Jerry Simonson. The result was a state court issued Injunction criminalizing these citizens and lawsuit Plaintiffs exercising their federal civil rights to litigate their federal lawsuit against the defendants, Mark Hazelbaker, Columbia County officials, Columbia County sheriff Richards and staff, and deprivation of other rights under color of law knowing the Harassment Petition is irreparably defective, issued without jurisdiction, the petition lacked the mandatory notice of hearing

requirement, no time, no location, no date, some citizens were never served. And Mark Hazelbaker perpetrated false swearing evidenced by his notarized signature on the defective harassment petition which constitutes an unrestrained felony violation of Wisconsin criminal statute claiming that Sheriff Richards did serve all of the citizens even though Richards is a party to the action and knowing several citizens were never served with prior notice of the harassment petition hearing (see case 18cv00230 motion to vacate/dismiss by citizens). The facts listed above constitute unrestrained violations by these government officials conspiring with attorney Mark Hazelbaker, Kaseita Legal Group, intentionally acting and conspiring under color of law of law contrary to 18 U.S.C. Section 241, 18 U.S.C. Section 242, 18 U.S.C. Section 1512, 18 U.S.C. Section 1513, and 18 U.S.C. Sections 1962-1968.

**C. Federal Law Criminalizes Honest Services Fraud**

**18 U.S.C. Section 1346,** provides the definition of "scheme or artifice to defraud, which includes a scheme or artifice to deprive another of the intangible right of hones services. The statute has been applied by federal prosecutors in cases of public corruption along with **18 U.S.C. Section 1962-1968 RICO.**

Wisconsin Attorney General **Brad Schimel** is depriving Columbia County citizens of equal protection and benefit of law to receive honest services under color of law evidenced by the **false arrest and interrogation of Jerry Simonson without probable cause and the false arrest and criminal prosecution of Michael O'Grady for exercising Constitutionally protected rights joining other citizens as federal lawsuit plaintiffs and John Doe actions under Wis stat. 968.26.** Attorney General **Brad Schimel** has conspired with Attorney **Mark Hazelbaker,** Kaseita Legal Group, Axley Law firm, Sheriff Deputy **Roger Brandner,** Portage Police Chief **Kenneth Manthey,** District Attorney **Jane Kohlwey,** Columbia County Circuit Court Judge **William Andrew Voigt,** as quid pro quo political campaign support, to obstruct and inflict injury upon citizens who are pursuing federal causes of actions against these officials and protect the "kohlwey cover-up" of the unjustified Police killings (intentional murders) of Keith Galster, Shaun Bollig, Kelly Bishell, Thomas Selje, attempted strangulation of Keith Wall (see attached State Court John Doe petitions, stat. 968.26)

**D. Federal Law Criminalizes Racketeering Influenced and Corrupt Organizations**

**18 U.S.C Section 1962 Prohibited acts are criminal federal offense under 18 U.S.C. 1963, Racketeering Influence Corrupt Organizations**

The Petitioners and citizens have already connected the dots to reveal the chain of causation establishing affirmative connections showing patterns of reoccurring criminal racketeering activity proven by material facts that Columbia County government officials are defrauding citizen tax payers by using their government positions and equipment for their and their families private and personal benefit, operating pervasive illegal fund raising events collecting untaxed, unreported income

converted to their and their families personal and financial benefit (income evasion, admitted by Daniel Garrigan during sworn testimony on August 21-22, 2018 hearing). The Police killings of Columbia County citizens Mr Galster, Mr Bollig, Mr Bishell, Mr Selje, by law enforcement officials acting under color of law which were officially declared justified by District Attorney **Jane Kohlwey** and more recently by Attorney General Brad Schimel have been proven to be unjustified killings by government officials operating as a criminal racketeering enterprise under color of law (Judicial decision by Judge Michael Screnock, referred to state special prosecutor who refused to issue charges citing opposition from the Wisconsin Professional Police Association and Wisconsin Sheriff Associations). Columbia County Sheriff Deputy Lieutenant **Roger Brandner** and then Sheriff Deputy Sergeant **Daniel Garrigan** were in control of and in charge of three (3) police killing crime scenes (Shaun Bollig, Kelly Bishell, Thomas Selje) later discovered to have been staged and/or tampered with to conceal evidence of murder. These obvious signs of tampering with evidence and multiple conflicting impossible claims made by Police to justify killing these citizens are known to Attorney General **Brad Schimel** who remains complicit in committing federal criminal offenses under color of law depriving citizens of their civil rights (see attached citizens John Doe Petitions with evidentiary compelling facts).

**E. Evidence that support indictments**

All of the evidence to support indictments is available in public records, investigatory records, crime scene investigative reports, medical examinations, autopsy reports, death certificates, video recording, audio recordings, photographs, sworn testimony, financial records, title of deeds for houses assessed at $400,000 owned by almost all of the Sheriff Deputy's members of the Columbia County Drug Education & Enforcement Task Force (**Roger Brandner** owns three (3) houses, multiple vehicles, boats, etc). District Attorney **Jane Kohlwey** admits she is also treasurer for Kohlwey Inc, and was caught when she failed to pay Federal Income Tax on employees stealing from them for years, had a U.S. Government imposes tax lien in amounts believed to be more than $700,000.00. Mysteriously, money appeared and the liens were paid in full to avoid criminal prosecution.

**F. The Details of the Evidence**

The evidence is unequivocal, prima fascia, and compelling.

**G. Forensic and physical evidence**

This evidence remains available in the custody of the Wisconsin State Crime lab. Forensic accounting evidence should be easily acquired through the resources from the Treasury Department's Criminal Investigative Division, Internal Revenue Service.

**H. Expert analysis and opinions corroborate the forensic evidence**

The Petitioners and citizens can provide witnesses testimony and several are former or retired criminal investigators with extensive experience combating organized crime groups.

**I. Eyewitnesses and video substantiate the allegations**

The Petitioners and some citizens are in possession of some of this type of evidence for which they are prepared to present to the grand jury or special grand jury.

**J. Totality of Evidence proves that government officials have transformed Columbia County into a Militarized Fascist Police State.**

## VI. A GRAND JURY MAY CONSIDER ALL EVIDENCE OF ANY TYPE

Although there are no limitations on the types of evidence a Grand Jury may consider, the types of evidence provided in this Petition including, eye witnesses, crime scene photographs, dash cam video recordings, body microphone audio recordings, forensic reports, scientific evidence, expert witness analysis reports, medical examination reports, autopsy report, state court transcripts of sworn testimony, federal court case pleadings, police reports, citizens investigative reports, state court Judicial findings of reasonable cause crimes were committed, are among the most reliable of all types of evidence that grand juries are allowed by law to receive and consider. No constitutional provision proscribes the kind of evidence on which grand juries must act. (see Costello v U.S. 350, U.S. 359 (1956) rehearing den, 351 U.S. 904). The grand juries work is not circumscribed by technical requirements such as those which govern the ascertainment of guilt of defendants once the grand jury finished its inquiries and an indictment has been issued, but rather may consider any evidence that reasonable person might use to reach a logical conclusion.(see, Arrington v U.S., 350 F. Supp. 710 (E.D. Pa 1972), aff'd 475 F. 2d 139 ). In this case, the evidence is not only reasonable, it is compelling and disturbing. It raises serious questions about how many more Columbia County citizens are going to be killed by Police and falsely arrested for filing federal civil rights lawsuits before the United States Government takes meaningful action to dismantle an obvious Columbia County Fascist militarized Police State and restore equal protection and benefit of law with all the rights guaranteed under the United States Constitution. A grand jury is not blocked in its investigation by the rules of evidence which operate at criminal trial. It may hear and consider any evidence, including hearsay, and an indictment returned by a legally constituted unbiased grand jury, if valid on its face, is enough to call for a trial on its merits. (see, U.S. v. Garnes 156 F. Supp 467 (S.D.N.Y. 1957) aff'd 258, F. 2d 530 cert den'd 359 U.S. 937). A federal special grand jury in this case is empowered to investigate the evidence presented in this petition, to issue subpoenas and compel people with knowledge to testify, to draw conclusions and to indict as it sees fit to hold anyone to account for any role they played in the federal crimes related to unjustified Police killings of Keith Galster, Shaun Bollig, Kelly Bishell, Thomas Selje, income tax evasion, racketeering, the Kohlwey cover-up, inflicting intentional injuries upon Columbia County citizens against public corruption, federal lawsuit citizen plaintiffs, false arrest of Jerry Simonson and Michael O'Grady and subsequent "frame-up for criminal prosecution depriving citizens of substantive due process rights to fully and freely present a defenses

including obstructing them from a fair and impartial state court which has become irreparably bias against common citizens attempting to exercise Wisconsin Constitutional Rights as a Suitor, Section 21(2).

## VII. NO STATUTE OF LIMITATIONS BAR THE INVESTIGATION OR PROSECUTION OF FEDERAL CRIMES RELATED TO THIS CONSPIRACY OF CONTINUING CRIMINAL RACKETEERING ENTERPISE PREDICATE OFFENSES INCLUDING THE EXISTENCE OF A MILITARIZED FASCIST POLICE STATE UNJUSTIFIED KILLINGs OF KEITH GALSTER, SHAUN BOLLIG, KELLY BISHELL, THOMAS SELJE AND DEPRIVATION OF CITIZENS RIGHTS UNDER COLOR OF LAW, INJURY TO FEDERAL WITNESS, FALSE ARREST AND PROESECUTION OF JERRY SIMONSON AND MICHAEL O'GRADY AS RELATIALTION FOR PURSUING FEDERAL CIVIL RIGHTS LAWSUIT

Although the crimes being reported in this Petition begin with the Police killing Keith Galster on about October 22, 2004 and continuing as of this date with more citizens being killed by the Police, Shaun Bollig in 2010, Kelly Bishell in 2010, Thomas Selje in 2017, all with the same "Kohlwey cover-up" claiming suicide by cop or similar bogus story, these crimes may still be prosecuted under federal law because there is no statute of limitations for these crimes. Generally, an indictment for any offense punishable by death may be found at any time without limitation. (see, 18 USC Section 3281).

## IX. CERTAIN PERSONS MAY POSSES MATERIAL FACTS

The Columbia County citizens against public corruption and other citizens have publicly identified those government officials culpable for engaging in federal offenses resulting in the existence of a Columbia County militarized Fascist Police State, killing citizens while operating government departments as a organized criminal racketeering enterprise. Their identifies are provided in the attached two previously mentioned federal civil rights lawsuits supported by material facts, attached state court John Doe Petitions, and the false arrest and prosecution of two citizens who signed the federal lawsuits and state court John Do petitions as retaliation. Shockingly, Police lieutenant Daniel Garrigan and Sheriff Deputy Benjamin Oetzman and Sheriff Deputy Roger Brandner provided state court sworn testimony claiming they are supposedly so afraid of Columbia County citizens against public corruption, they carry more weapons while off duty implying they will shoot citizens. Apparently as a narrative for preemptive self defense to kill elderly unarmed citizens.

## X. CONCLUSION AND RELIEF

For all the reasons provided herein, the Petitioners and citizens to afraid to sign their names, hereby respectfully request, pursuant to the U.S. Constitution and 18 U.S.C. Section 3332(a), that the United States Department of Justice present to a federal special grand jury, or in the alternative to a federal grand jury, the facts and evidence presented herein and in the accompanying exhibits concerning federal crimes committed the Western District for the District of Wisconsin. The Petitioners are willing to present this evidence and testify directly to a special grand jury, or in the alternative to a grand jury. The undersigned Petitioners respectfully request the United States Department of Justice advise within 30 days of receipt of the Petition of the actions either or both intend to take on this Petition.

Exhibits are attached to the addendum in support of this Petition.

Respectfully submitted by the following citizens,

Jerry Ray Simonson — JERRY R SIMONSON — 501 E WISCONSIN ST PORTAGE Wi 53901
signature, print name, mailing address

Dave Thom — David J Thom — 225 W Albert St Portage WI 53901
signature, print name, mailing address

John Gruber — JOHN GRUBER — P.O BOX 892 PORTAGE 53901 W
signature, print name, mailing address

Robert Zezer — ROBERT ZEZER — 601 WAUONA TRL #21 PORTAGE wis 3901
signature, print name, mailing address

Jo Ann Winter — JoAnn Winter — 601 Wauona Tr Lot 21 Portage WI 53901
signature, print name, mailing address

Jeffrey Lawless — Jeffrey Lawless — 120 E Emmett st Portage WI 53901
signature, print name, mailing address

William Cadwallader — William Cadwallader — W5298 Hwy 33 Pardeville WI 53954
signature, print name, mailing address

Timothy B. Zellmer — Tim Zellmer — 229 E. Carroll St Portage WI 53901
signature, print name, mailing address

signature, print name, mailing address

Donna Hall — Donna Hall — 106 Gillette St 5 Pardeev
signature, print name, mailing address

Robert Taylor — Robert Taylor — 673 W. Old Hwy 16 Pardeeville WI 53954
signature, print name, mailing address

Michael O'Grady — michael O'GRADY — P.O. Box 2 Portage WI 53901