IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JERRY SIMONSON,

    Plaintiff,

v.

Case No. 18-cv-793-wmc

JOHN TWING, LOURDES FERNANDEZ, BRIAN O'KEEFE, ROGER BRANDER, JOSEPH RUF, JORDAN HAUETER, LEDA WAGNER, TODD WAGNERS, DOUGLAS JARZYNSKI, MICHAEL HAVERALY, ALEXANDER AGNEW, BENJAMIN OETZMAN, DENNIS RICHARDS, VERN GOVE, CHARLES CHURCH, MARK HAZELBAKER, DAVID PUGH, SCOTT ALBRECHT, KENNETH MANTHEY, KEITH KLAFKE, SHAWN MURPHY, JANE KOHLWEY AND WILLIAM ANDREW VOIGT,

    Defendants.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case without prejudice.

| /s/ | 10/11/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |